I React to Recuide my Self from the Civil Action in Campbell V, (A&D) man Parking Services, LLC, Case No: 12-CV-4318 FB

Case No: 12-CV-4318.

Bertram Gillings

/B. Gillings

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 11 2014 ★
BROOKLYN OFFICE

1120118180809

CLERK OF COURT
U.S. DISTRICT COURT, E.D.N.Y.
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

TO BE USED ONLY IF YOU WISH TO EXCLUDE
YOURSELF FROM THE CLASS

