To Whom it may concern:

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 10 2014 ★
BROOKLYN OFFICE

I elect to exclude myself from the class action in Campbell vs. Steadman Parking Services, LLC, No. 12-CV-4318.

I. Wright

Feb. 6, 2014.

Ian. Wright

Ian Wright
225 Adams Street
Apt. 40
Dorchester MA 02122

Clerk of Court
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

SYRACUSE NY 130
06 FEB 2014 PM 3 L

11201189899